IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW A. JUNE,

    Petitioner,

  v.

    Case No. 19-cv-103-wmc

STATE OF FLORIDA, SANTA ROSA COUNTY,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Matthew June's petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice.

| /s/ | 2/28/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |